DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

CATAWBA CHIROPRACTIC CORP. v. BARE

No. 798P85.

Case below: 77 N.C. App. 844.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

FIRST UNION NATIONAL BANK v. STATE OF
N.C. BD. OF ALCOHOLIC CONTROL

No. 799P85.

Case below: 78 N.C. App. 221.

Petition by intervenor plaintiffs for discretionary review under G.S. 7A-31 denied 5 March 1986.

FOWLER v. FOWLER

No. 9A85.

Case below: 71 N.C. App. 638.

Motion by defendant to withdraw appeal allowed 20 March 1986.

HOLDER v. N.C. DEPT. OF TRANS.

No. 621P85.

Case below: 77 N.C. App. 238.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1986.

HORNBY v. PENN. NAT'L MUT. CASUALTY INS. CO.

No. 736P85.

Case below: 77 N.C. App. 475.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.